UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

ROBERT Z. WHIPPLE, III,
Plaintiff,

v.

No. 3:24-cv-335

KNOX COUNTY, *et al.*
Defendants.

## MOTION TO ASCERTAIN STATUS

Plaintiff hereby moves the Court to provide the status of the case or send a docket sheet. As grounds, Plaintiff avers:

1. On May 12th, 2026, TTCC Case Manager Zuele brought legal mail to Plaintiff's cell. The printed sheet from the mailroom indicated that this Court sent two (2) pieces of legal mail, but CM Zuele only had one (1) envelope from this Court.

2. On July 14, 2026, CM Zuele brought legal mail to Defendant's cell which included orders in his criminal case **WEEKS** after they were issued by the Court, indicative of continuing issues with receiving legal mail from this court.

3. Given Plaintiff's *pro se* status, it is incumbent on him to monitor the progress of the case —something that is rendered impossible when prison officials mishandle his legal mail.

Respectfully submitted on the 18th day of May, 2026.

Robert Z. Whipple, III
*Pro se* plaintiff
TOMIS # 399615
TTCC
140 Macon Way
Hartsville, TN 37074

Robert Z. Whipple, III, #00399615
TTCC
140 Macon Way
Hartsville, TN 37074

THE DEPARTMENT OF CORRECTION
TTCC HAS NEITHER INSPECTED
NOR CENSORED AND IS NOT
RESPONSIBLE FOR THE CONTENTS

NASHVILLE TN 370

RECEIVED

JUL 22 2026

INSPECTED

United States District Court
800 Market St, #130
Knoxville, TN 37902

**Legal Mail**

**Legal Mail**